# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WILVER ARCHILLA,

    Plaintiff,

vs.                                                            CASE NO. 6:08-CV-1089-ORL-19DAB

J & D WELDING, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25, filed October 23, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 25) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 24, filed October 22, 2008) is **GRANTED,** and settlement payable in the amount of $2,000. to Plaintiff for unpaid wages and liquidated damages, and $3,500. for attorney's fees and costs is hereby **APPROVED** as a fair and reasonable settlement of a bona fide dispute over FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   4th   day of November, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record